IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD MURPHY, #71118-067,** | : | Civil No. 3:20-cv-2295 |
| Petitioner, | : | |
| v. | : | |
| **E. BRADLEY, Warden,** | : | |
| Respondent. | : | Judge Sylvia H. Rambo |

## O R D E R

AND NOW, this 6th day of April, 2022, upon consideration of the magistrate judge's Report and Recommendation (Doc. 19), and noting that no objections have been timely filed, IT IS HEREBY ORDERED as follows:

1) The Report and Recommendation is ADOPTED;

2) The Petition (Doc. 1) is DISMISSED as MOOT; and

3) The Clerk of Court is DIRECTED to mark this case as CLOSED.

s/Sylvia H. Rambo
United States District Judge
